UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ACUMENTRICS CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>CONNECTICUT INNOVATIONS, INCORPORATED, CONNECTICUT DEVELOPMENT AUTHORITY, TOMASSO BROTHERS, INC., TUNXIS MANAGEMENT CO., ARTHUR DIETRICK, PETER ELLEF, AND WILLIAM TOMASSO,<br><br>Defendants. | Civil Action No. 04-12432 WGY |

## NOTICE OF APPEARANCE

Please enter the appearance of Rachel S. Spooner in the above-captioned matter as counsel for defendants Connecticut Innovations, Incorporated and Connecticut Development Authority.

Respectfully submitted,

CONNECTICUT INNOVATIONS,
INCORPORATED and
CONNECTICUT DEVELOPMENTAL
AUTHORITY

By their attorneys,

/s/ Rachel S. Spooner
James C. Rehnquist (BBO #552602)
Rachel S. Spooner (BBO #643626)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
(617) 570-1000

*Of Counsel*
Robert L. Wyld, Esq.
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103
(860) 251-5620

Dated: December 13, 2004

LIBA/1439094.1

LIBA/1439094.1