UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ACUMENTRICS CORPORATION,<br><br>          Plaintiff,<br><br>     vs.<br><br>CONNECTICUT INNOVATIONS, INCORPORATED, CONNECTICUT DEVELOPMENT AUTHORITY, TOMASSO BROTHERS, INC., TUNXIS MANAGEMENT CO., ARTHUR DIETRICK, PETER ELLEF, AND WILLIAM TOMASSO,<br><br>          Defendants. | Civil Action No. 04-12432 WGY |

## STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT

IT IS HEREBY STIPULATED by Plaintiff, Acumentrics Corporation, and Defendants, Connecticut Innovations, Incorporated and Connecticut Development Authority (the "Connecticut Defendants"), subject to the approval of the Court, that the time for the Connecticut Defendants to Answer or otherwise respond to the Complaint is extended for sixty (60) days, through and until February 11, 2005.

By this Stipulation, the Connecticut Defendants expressly reserve and do not waive any defenses to the Complaint. This Stipulation does not waive service of process on any Defendant.

        Respectfully submitted,

        CONNECTICUT INNOVATIONS,
        INCORPORATED and
        CONNECTICUT DEVELOPMENTAL
        AUTHORITY

        By their attorneys,

        /s/ Rachel S. Spooner
        James C. Rehnquist (BBO #552602)
        Rachel S. Spooner (BBO #643626)
        GOODWIN PROCTER LLP
        Exchange Place
        Boston, MA 02109
        (617) 570-1000

        and

        *Of Counsel*
        Robert L. Wyld, Esq.
        Shipman & Goodwin LLP
        One Constitution Plaza
        Hartford, CT 06103
        (860) 251-5620

        ACUMENTRICS CORPORATION

        By its attorneys,

        /s/ Christopher D. Engebretson
        Robert R. Pierce (BBO# 549172)
        Christopher D. Engebretson (BBO# 635636)
        Pierce & Mandell, P.C.
        11 Beacon Street, Suite 800
        Boston, MA 02108-3002

Dated: December 13, 2004