UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ACUMENTRICS CORPORATION,

        Plaintiff,

*vs.*

CONNECTICUT INNOVATIONS,
INCORPORATED, CONNECTICUT
DEVELOPMENT AUTHORITY, TOMASSO
BROTHERS, INC., TUNXIS MANAGEMENT
CO., ARTHUR DIETRICK, PETER ELLEF,
AND WILLIAM TOMASSO,

        Defendants.

Civil Action No. 04-12432 WGY

## NOTICE OF APPEARANCE

        Please enter the appearance of James C. Rehnquist in the above-captioned matter as

counsel for defendants Connecticut Innovations, Incorporated and Connecticut Development

Authority.

Respectfully submitted,

CONNECTICUT INNOVATIONS,
INCORPORATED and
CONNECTICUT DEVELOPMENTAL
AUTHORITY

By their attorneys,

/s/ James C. Rehnquist
James C. Rehnquist (BBO #552602)
Rachel S. Spooner (BBO #643626)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
(617) 570-1000

*Of Counsel*
Robert L. Wyld, Esq.
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103
(860) 251-5620

Dated: December 13, 2004