UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ACUMENTRICS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>CONNECTICUT INNOVATIONS, INC., et al.,<br><br>Defendants. | C.A. No. 04-12432 WGY |

### CONSENTED TO MOTION OF OUT-OF-STATE DEFENDANTS TOMASSO BROTHERS, INC., TUNXIS MANAGEMENT CO. AND WILLIAM A. TOMASSO FOR AN EXTENSION OF TIME UNTIL FEBRUARY 16, 2005 TO RESPOND TO THE COMPLAINT

Pursuant to Fed. R. Civ. P. 6(b) and Local Rule 7.1, Out-of-State Defendants Tomasso Brothers, Inc., Tunxis Management Co. and William A. Tomasso hereby file this Consented to Motion for an Extension of Time until February 16, 2005 to respond to the Complaint and, as grounds for this motion, state as follows:

1. The instant action is a complex case entailing treble damage claims under the Federal Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. § 1961 et al., as well as claims under State law.

2. The movant out-of-state defendants require additional time to arrange permanent Massachusetts counsel and to investigate the facts and the law in order to adequately respond to the complaint.

3. The requested extension will not materially delay the disposition of this action..

### CONCLUSION

For all of the foregoing reasons, defendants Tomasso Brothers, Inc., Tunxis Management Co. and William A. Tomasso request that the Court grant their Consented to Motion for an Extension of Time until February 16, 2005 to respond to the complaint.

### Proposed Order

A proposed Order is annexed hereto.

Respectfully submitted,

_____
John R. Nadolny, BBO #544393
14 Aviation Avenue
Portsmouth, New Hampshire 03801
Counsel for Defendants

Dated: December 17, 2004

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on
_December 17_____, 2004.

_____
John R. Nadolny