UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ACUMENTRICS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>CONNECTICUT INNOVATIONS, INC., et al.,<br><br>Defendants. | C.A. No. 04-12432 WGY |

### ORDER

Upon consideration of the Motion of Defendants Tomasso Brothers, Inc., Tunxis Management Co. and William Tomasso for an extension of time until February 16, 2005 to respond to the complaint;

IT IS HEREBY ORDERED that Defendants' motion is GRANTED.

/s/ William G. Young
United States District Court Judge

Dated: Dec 22, 2004

W02-DC:9RMD1\100023358.1