UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ACUMENTRICS CORP.,<br>　　　　Plaintiff,<br><br>v.<br><br>CONNECTICUT INNOVATIONS,<br>INC., CONNECTICUT<br>DEVELOPMENT AUTHORITY,<br>TOMASSO BROTHERS, INC.,<br>TUNXIS MANAGEMENT, CO.,<br>ARTHUR DIETRICK, PETER ELLEF<br>and WILLIAM TOMASSO,<br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 04-CV-12432 WGY |

### ASSENTED TO MOTION FOR
### ADMISSION PRO HAC VICE OF ROBERT L. WYLD,
### SHELIA A. HUDDLESTON, MORGAN P. RUECKERT AND DEREK L. MOGCK

　　The undersigned, a member of the bar of this Court, hereby moves, with the plaintiff's assent, for the admission pro hac vice of Robert L. Wyld ("Attorney Wyld"), Sheila Huddleston ("Attorney Huddleston"), Morgan P. Rueckert ("Attorney Rueckert"), and Derek L. Mogck ("Attorney Mogck") of Shipman & Goodwin LLP in the above-captioned proceeding to represent Connecticut Innovations, Inc. and Connecticut Development Authority, pursuant to Rule 83.5.3(b) of the Local Civil Rules of the United States District Court for the District of Massachusetts (the "Local Civil Rules").

　　As detailed in the Declaration of Robert L. Wyld, annexed hereto as Exhibit A, Attorney Wyld is a member in good standing of the bar of the State of Connecticut, as well as the bars of the United States Court of Appeals for the Second Circuit and the United States Tax Court. The attached Declaration also establishes that Attorney Wyld has not been denied admission or disciplined by this Court or by any other Court.

As detailed in the Declaration of Sheila A. Huddleston, annexed hereto as Exhibit B, Attorney Huddleston is a member in good standing of the bar of the State of Connecticut, as well as the bars of the United States Supreme Court, the Courts of Appeal for the First, Second, and Federal Circuits, and the United States District Court for the District of Connecticut. The attached Declaration also establishes that Attorney Huddleston has not been denied admission or disciplined by this Court or by any other Court.

As detailed in the Declaration of Morgan P. Rueckert, annexed hereto as Exhibit C, Attorney Rueckert is a member in good standing of the bar of the State of Connecticut, as well as the bars of the State of New York and the United States District Court for the District of Connecticut. The attached Declaration also establishes that Attorney Rueckert has not been denied admission or disciplined by this Court or by any other Court.

As detailed in the Declaration of Derek L. Mogck, annexed hereto as Exhibit D, Attorney Mogck is a member in good standing of the bar of the State of Connecticut, as well as the bar of the United States District Court for the District of Connecticut. The attached Declaration also establishes that Attorney Mogck has not been denied admission or disciplined by this Court or by any other Court. Pursuant to the Local Civil Rules, a $200 filing fee covering Attorneys Wyld, Huddleston, Rueckert, and Mogck's motion for admission has been tendered to the Clerk with the filing of this Motion. Attorney Christopher Engebretson, counsel for plaintiff, has assented to this Motion.

WHEREFORE, the undersigned respectfully requests that this Court enter an order permitting Robert L. Wyld, Sheila A. Huddleston, Morgan P. Rueckert, and Derek L. Mogck to represent Connecticut Innovations, Inc. and Connecticut Development Authority in the above-captioned action, and for such other relief as may be appropriate.

Dated: January 20, 2005

**DEFENDANTS,
CONNECTICUT INNOVATIONS, INC. and
CONNECTICUT DEVELOPMENT AUTHORITY**
By Their Attorney


/s/
_____
James C. Rehnquist (BBO #552602)
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA 02109
(617) 570-1000



389533 v.01 S1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ACUMENTRICS CORP., <br>     Plaintiff, <br><br> v. <br><br> CONNECTICUT INNOVATIONS, <br> INC., CONNECTICUT <br> DEVELOPMENT AUTHORITY, <br> TOMASSO BROTHERS, INC., <br> TUNXIS MANAGEMENT, CO., <br> ARTHUR DIETRICK, PETER ELLEF <br> and WILLIAM TOMASSO, <br>     Defendants. | Civil Action No. 04-CV-12432 WGY |

## DECLARATION OF ROBERT L. WYLD
## IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

Robert L. Wyld, hereby declares as follows:

1.  I am over the age of eighteen (18) years and believe in the obligations of an oath.

2.  I submit this Declaration in support of the Motion for Admission Pro Hac Vice filed by the Defendants, Connecticut Innovations, Inc. and Connecticut Development Authority in the above-captioned matter.

3.  I am an attorney in good standing and eligible to practice law before the courts of the State of Connecticut, as well as the United States Court of Appeals for the Second Circuit, the United States District Court for the District of Connecticut, and the United States Tax Court.

4.  I am a partner with the law firm of Shipman & Goodwin LLP.

5.  My office is located at One Constitution Plaza, Hartford, Connecticut, 06103.

6.  I have never been denied admission to nor disciplined by any court.

7.  I am familiar with the local rules of the District of Massachusetts.

8.  All of the above is true to my knowledge and if I am called to testify to the above I could do so competently.

I declare under the pains and penalties of perjury that the foregoing is true and correct. Executed in Hartford, Connecticut this 20th day of December, 2004.

*[signature]*
Robert L. Wyld

389533 v.01 S2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ACUMENTRICS CORP.,<br>  Plaintiff,<br><br>  v.<br><br>CONNECTICUT INNOVATIONS,<br>INC., CONNECTICUT<br>DEVELOPMENT AUTHORITY,<br>TOMASSO BROTHERS, INC.,<br>TUNXIS MANAGEMENT, CO.,<br>ARTHUR DIETRICK, PETER ELLEF,<br>and WILLIAM TOMASSO,<br>  Defendants. | Civil Action No. 04-CV-12432 WGY |

### DECLARATION OF SHEILA A. HUDDLESTON
### IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

Sheila A. Huddleston, hereby declares as follows:

1. I am over the age of eighteen (18) years and believe in the obligations of an oath.

2. I submit this Declaration in support of the Motion for Admission Pro Hac Vice filed by the Defendants, Connecticut Innovations, Inc. and Connecticut Development Authority in the above-captioned matter.

3. I am an attorney in good standing and eligible to practice law before the courts of the State of Connecticut, as well as the United States Supreme Court, the Courts of Appeals for the First, Second, and Federal Circuits, and the United States District Court for the District of Connecticut.

4. I am a partner with the law firm of Shipman & Goodwin LLP.

5.  My office is located at One Constitution Plaza, Hartford, Connecticut, 06103.

6.  I have never been denied admission to nor disciplined by any court.

7.  I am familiar with the local rules of the District of Massachusetts.

8.  All of the above is true to my knowledge and if I am called to testify to the above I could do so competently.

I declare under the pains and penalties of perjury that the foregoing is true and correct. Executed in Hartford, Connecticut this 16th day of December, 2004.

_____
Sheila A. Huddleston

389533 v.01 S3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ACUMENTRICS CORP.,<br>Plaintiff,<br><br>v.<br><br>CONNECTICUT INNOVATIONS,<br>INC., CONNECTICUT<br>DEVELOPMENT AUTHORITY,<br>TOMASSO BROTHERS, INC.,<br>TUNXIS MANAGEMENT, CO.,<br>ARTHUR DIETRICK, PETER ELLEF,<br>and WILLIAM TOMASSO,<br>Defendants. | Civil Action No. 04-CV-12432 WGY |

### DECLARATION OF MORGAN P. RUECKERT
### IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

Morgan P. Rueckert, hereby declares as follows:

1. I am over the age of eighteen (18) years and believe in the obligations of an oath.

2. I submit this Declaration in support of the Motion for Admission Pro Hac Vice filed by the Defendants, Connecticut Innovations, Inc. and Connecticut Development Authority in the above-captioned matter.

3. I am an attorney in good standing and eligible to practice law before the courts of the States of Connecticut and New York, as well as the United States District Court for the District of Connecticut.

4. I am an associate with the law firm of Shipman & Goodwin LLP.

5. My office is located at One Constitution Plaza, Hartford, Connecticut, 06103.

6. I have never been denied admission to nor disciplined by any court.

7. I am familiar with the local rules of the District of Massachusetts.

8. All of the above is true to my knowledge and if I am called to testify to the above I could do so competently.

I declare under the pains and penalties of perjury that the foregoing is true and correct. Executed in Hartford, Connecticut this 17th day of December, 2004.

_____
Morgan P. Rueckert

389533 v.01 S4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ACUMENTRICS CORP., <br>     Plaintiff, <br><br> v. <br><br> CONNECTICUT INNOVATIONS, INC., CONNECTICUT DEVELOPMENT AUTHORITY, TOMASSO BROTHERS, INC., TUNXIS MANAGEMENT, CO., ARTHUR DIETRICK, PETER ELLEF, and WILLIAM TOMASSO, <br>     Defendants. | Civil Action No. 04-CV-12432 WGY |

### DECLARATION OF DEREK L. MOGCK
### IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

Derek L. Mogck, hereby declares as follows:

1. I am over the age of eighteen (18) years and believe in the obligations of an oath.

2. I submit this Declaration in support of the Motion for Admission Pro Hac Vice filed by the Defendants, Connecticut Innovations, Inc. and Connecticut Development Authority in the above-captioned matter.

3. I am an attorney in good standing and eligible to practice law before the courts of the State of Connecticut, as well as the United States District Court for the District of Connecticut.

4. I am an associate with the law firm of Shipman & Goodwin LLP.

5. My office is located at One Constitution Plaza, Hartford, Connecticut, 06103.

    6.    I have never been denied admission to nor disciplined by any court.

    7.    I am familiar with the local rules of the District of Massachusetts.

    8.    All of the above is true to my knowledge and if I am called to testify to the above I could do so competently.

I declare under the pains and penalties of perjury that the foregoing is true and correct. Executed in Hartford, Connecticut this 17th day of December, 2004.

_____
Derek L. Mogck

389533 v.01 S5