UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ACUMENTRICS CORPORATION,<br><br>    Plaintiff,<br><br>*vs.*<br><br>CONNECTICUT INNOVATIONS, INCORPORATED, CONNECTICUT DEVELOPMENT AUTHORITY, TOMASSO BROTHERS, INC., TUNXIS MANAGEMENT CO., ARTHUR DIETRICK, PETER ELLEF, and WILLIAM TOMASSO,<br><br>    Defendants. | CIVIL ACTION NO. 04-12432 WGY |

### DEFENDANT CONNECTICUT INNOVATIONS, INC.'S COMBINED MOTION TO COMPEL ARBITRATION AND MOTION TO STAY LITIGATION

Pursuant to Sections 3 and 4 of the Federal Arbitration Act, 9 U.S.C. §§ 3, 4, the defendant Connecticut Innovations, Inc. ("CII") hereby respectfully moves the Court to issue an order compelling the plaintiff, Acumentrics Corporation ("Acumentrics"), to arbitrate its claims against CII and, concurrently, to stay litigation of Acumentrics' claims against CII in this action until such arbitration proceeding is concluded. As discussed more fully in the accompanying memorandum of law, the Federal Arbitration Act requires the Court to enforce the parties' agreement, in a March 25, 2002 Class B Common Stock Purchase Agreement, to arbitrate such claims.

## LOCAL RULE 7.1(A)(2) CERTIFICATION

The undersigned hereby certifies that counsel for CII conferred by telephone with Robert R. Pierce, counsel for plaintiff, in a good faith effort to resolve or narrow the issues presented in this motion prior to filing, and that counsel were unable to resolve or narrow the issues.

## REQUEST FOR ORAL ARGUMENT

In accordance with Rule 7.1(d) of the Local Rules of this Court, CII respectfully requests oral argument at a date and time to be set by this Court.

**DEFENDANT,**
**CONNECTICUT INNOVATIONS, INC.**
By Its Attorneys

/S/ James C. Rehnquist
James C. Rehnquist (BBO #552602)
Rachel S. Spooner (BBO #643626)
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA 02109
(617) 570-1000

Robert L. Wyld
Sheila A. Huddleston
Morgan P. Rueckert
Derek L. Mogck
SHIPMAN & GOODWIN LLP
One Constitution Plaza
Hartford, CT 06103
(860) 251-5000

Dated: February 11, 2005