ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 FEB 10 A 9:57

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| ACUMENTRICS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>CONNECTICUT INNOVATIONS, INC., et al.,<br><br>Defendants. | C.A. No. 04-12432 WGY |

### CONSENTED TO MOTION OF OUT-OF-STATE DEFENDANTS TOMASSO BROTHERS, INC., TUNXIS MANAGEMENT CO. AND WILLIAM A. TOMASSO FOR A FURTHER EXTENSION OF TIME UNTIL MARCH 16, 2005 TO RESPOND TO THE COMPLAINT

Pursuant to Fed. R. Civ. P. 6(b) and Local Rule 7.1, Out-of-State Defendants Tomasso Brothers, Inc., Tunxis Management Co. and William A. Tomasso hereby file this Consented to Motion for a Further Extension of Time until March 16, 2005 to respond to the Complaint and, as grounds for this motion, state as follows:

1. The instant action is a complex case entailing treble damage claims under the Federal Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. § 1961 et al., as well as claims under State law.

2. The movant out-of-state defendants require additional time to investigate the facts and the law in order to adequately respond to the complaint.

3. The requested extension will not materially delay the disposition of this action, as several of the co-defendants have not even been served yet.