UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ACUMENTRICS CORPORATION,

Plaintiff,

v.

CONNECTICUT INNOVATIONS, INC., et al.,

Defendants.

C.A. No. 04-12432 WGY

**ORDER**

Upon consideration of the Motion of Defendants Tomasso Brothers, Inc., Tunxis Management Co. and William Tomasso for a further extension of time until March 16, 2005 to respond to the complaint;

IT IS HEREBY ORDERED that Defendants' motion is GRANTED.

*William G. Young*
United States District Court Judge

Dated: Feb 16, 2005