UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                   )
ACUMENTRICS CORPORATION,           )
        Plaintiff                  )
                                   )
v.                                 )     C.A. No. 04-12432 WGY
                                   )
CONNECTICUT INNOVATIONS,           )
INCORPORATED, CONNECTICUT          )
DEVELOPMENT AUTHORITY,             )
TOMASSO BROTHERS, INC.,            )
TUNXIS MANAGEMENT CO.,             )
ARTHUR DIETRICK, PETER ELLEF,      )
and WILLIAM TOMASSO,               )
        Defendants                 )
_____)

**ASSENTED TO MOTION OF ACUMENTRICS FOR EXTENSION
OF TIME TO RESPOND TO (1) DEFENDANT CONNECTICUT
INNOVATIONS, INC. AND CONNECTICUT DEVELOPMENT
AUTHORITY'S MOTION TO DISMISS AND (2) DEFENDANT
CONNECTICUT INNOVATIONS, INC.S' COMBINED MOTION TO
<u>COMPEL ARBITRATION AND MOTION TO STAY LITIGATION</u>**

Pursuant to Local Rule 7.1, the plaintiff Acumentrics Corporation ("Acumentrics") hereby files this Assented to Motion for Extension of Time until March 30, 2005 to respond to the Motion of defendant Connecticut Innovations, Inc. ("CII") and Connecticut Development Authority ("CDA") to Dismiss and Motion to Compel Arbitration and Stay Litigation (the "Motions").

1.      The instant action is a complex case involving multiple defendants, including two Connecticut quasi-public agencies, several former public officials and certain individuals and/or entities currently indicted on Federal charges relating, among other things, to the subject matter of this action.  The action involves two counts pled

1

under the Federal Racketeer Influenced and Corrupt Organizations Act ("RICO") as well a multiple state law claims.

2. The Motion to Dismiss raises a multitude of legal issues, including at least one issue of first impression in this Circuit, namely, whether a RICO claim may be brought against statutorily created quasi-public agencies, public instrumentalities and political subdivisions of a State. Acumentrics therefore requires additional time to fully consider whether to oppose each of the Motions and, if so, to research and brief its response to the arguments asserted in the Motions.

3. Under the current deadline of February 25, 2005, Acumentrics has only another 48 hours to prepare and file its opposition to the Motions. The hearing on the Motions is currently scheduled for March 23, 2005.

4. At the outset of this litigation, Acumentrics assented to CII and CDA's request for an extension of time of 60 days in which to respond to the Complaint.

5. Acumentrics and CII have discussed and will continue to discuss the possible narrowing or resolution of some or all of the issues in dispute which may obviate the need to address some or all of the issues raised by the Motions.

6. CII and CDA have assented to this Motion.

## **CONCLUSION**

For all of the foregoing reasons, plaintiff Acumentrics Corporation respectfully requests that the Court grant their Consented to Motion for Extension of Time until March 30, 2005 to respond to the Motions and that hearing on this matter be scheduled in May 2005.

Respectfully submitted,

ACUMENTRICS CORPORATION
By its attorneys,

___/s/ Thomas E. Kenney_____
Robert R. Pierce (BBO#549172)
Thomas E. Kenney (BBO#561590)
Christopher D. Engebretson (BBO#635636)
Pierce & Mandell, P.C.
11 Beacon Street
Boston, MA 02108
(617) 720-2444

Assented to by,

CONNECTICUT INNOVATIONS
INCORPORATED and CONNECTICUT
DEVELOPMENT AUTHORITY

By their attorneys,


___/s/ Rachel S. Spooner_____
James C. Rehnquist (BBO#552602)
Rachel S. Spooner (BBO#643626)
GOODWIN PROCTER LLP
Exchange Place
Boston, Massachusetts 02109
(617) 570-1000

Robert L. Wyld
Sheila A. Huddleston
Morgan P. Rueckert
Derek L. Mogck
SHIPMAN & GOODWIN LLP
One Constitution Plaza
Hartford, Connecticut 06103
(860) 251-5000

February 24, 2005


395764 v.02 S1