UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ACUMENTRICS CORPORATION,

    Plaintiff,

v.

CONNECTICUT INNOVATIONS, INC., et al.,

    Defendants.

C.A. No. 04-12432 WGY

### ORDER

Upon consideration of the consented to Motion of Defendants Tomasso Brothers, Inc., Tunxis Management Co. and William Tomasso to extend the time to respond to the Complaint until twenty days after the Court's decision on the motion to stay of the United States;

IT IS HEREBY ORDERED that Defendants' motion is GRANTED.

*/s/ William G. Young*
United States District Court Judge

Dated: *March 10, 2005*