UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ACUMENTRICS CORPORATION,

Plaintiff,

v.

CONNECTICUT INNOVATIONS, INC., et al.,

Defendants.

C.A. No. 04-12432 WGY

**CONSENTED TO MOTION OF DEFENDANT PETER N. ELLEF, SR. (*PRO SE*) TO EXTEND THE TIME TO RESPOND TO THE COMPLAINT UNTIL TWENTY DAYS AFTER THE DECISION ON THE MOTION TO STAY OF THE UNITED STATES**

Pursuant to Fed. R. Cir. P. 6(b), *pro se* defendant Peter N. Ellef, Sr. hereby files his consented to motion to extend the time to respond to the complaint until twenty days after the decision on the motion to stay of the United States.

1.  Defendant Ellef adopts the consented to motion of the defendants Tomasso Brothers, Inc., Tunxis Management Co. and William A. Tomasso to extend the time to respond to the Complaint until twenty days after the Court's decision on the United States' motion for a stay.

Respectfully submitted,

_____
Peter N. Ellef, Sr., *pro se*
414 Lovely Street
Avon, CT 06001

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by U. S. mail on March 11, 2005.

_____
Peter N. Ellef, Sr.

W02-DC:9ALC1\100025257.1