UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                       )
ACUMENTRICS CORPORATION,               )
        Plaintiff                      )
                                       )
v.                                     )        C.A. No. 04-12432 WGY
                                       )
CONNECTICUT INNOVATIONS,                )
INCORPORATED, CONNECTICUT              )
DEVELOPMENT AUTHORITY,                 )
TOMASSO BROTHERS, INC.,                )
TUNXIS MANAGEMENT CO.,                 )
ARTHUR DIETRICK, PETER ELLEF,          )
and WILLIAM TOMASSO,                   )
        Defendants                     )
_____)

**ASSENTED TO MOTION OF ACUMENTRICS FOR ADDITIONAL EXTENSION OF TIME TO RESPOND TO (1) DEFENDANT CONNECTICUT INNOVATIONS, INC. AND CONNECTICUT DEVELOPMENTAUTHORITY'S MOTION TO DISMISS AND (2) DEFENDANT CONNECTICUT INNOVATIONS, INC.S' COMBINED MOTION TO <u>COMPEL ARBITRATION AND MOTION TO STAY LITIGATION</u>**

Pursuant to Local Rule 7.1, the plaintiff Acumentrics Corporation ("Acumentrics") hereby files this Assented to Motion for Additional Extension of Time until April 30, 2005 to respond to the Motion of defendant Connecticut Innovations, Inc. ("CII") and Connecticut Development Authority ("CDA") to Dismiss and Motion to Compel Arbitration and Stay Litigation (the "Motions").

1.  CII, CDA and Acumentrics have had conferences for the purpose of exploring possible settlement of this matter with respect to the moving parties. The parties' settlement discussions are ongoing.

2.     As the Court is aware, the instant action is a complex case involving multiple defendants, including quasi-public entities, former public officials and individuals currently indicted on Federal charges for acts that are the subject of this action.  Further, this action involves two counts plead under the Federal Racketeer Influenced and Corrupt Organizations Act ("RICO") as well a multiple state law claims.  As the Court is also aware, the Motion to Dismiss raises a multitude of legal issues, including at least one issue of first impression in this Circuit, namely, whether a RICO claim may be brought against statutorily created quasi-public instrumentalities of a State.

3.     If the parties are able to successfully conclude this matter through settlement, there will be no need for the Court to consider the many issues rose in the pending Motions.

4.     Acumentrics assented to CII and CDA's request for an extension of time of 60 days in which to respond to the Complaint.

5.     CII and CDA have assented to this Motion.

## CONCLUSION

For all of the foregoing reasons, plaintiff Acumentrics Corporation respectfully requests that the Court grant their Consented to Motion for Extension of Time until April 30, 2005 to respond to the Motions.

**[REMAINDER OF PAGE INTENTIONALLY BLANK]**

Respectfully submitted,

ACUMENTRICS CORPORATION
By its attorneys,

___/s/  Christopher D. Engebretson_____
Robert R. Pierce (BBO#549172)
Christopher D. Engebretson (BBO#635636)
Pierce & Mandell, P.C.
11 Beacon Street
Boston, MA 02108
(617) 720-2444

Assented to by,

CONNECTICUT INNOVATIONS
INCORPORATED and CONNECTICUT
DEVELOPMENT AUTHORITY

By their attorneys,

___/s/ Rachel S. Spooner_____
James C. Rehnquist (BBO#552602)
Rachel S. Spooner (BBO#643626)
GOODWIN PROCTER LLP
Exchange Place
Boston, Massachusetts 02109
(617) 570-1000

Robert L. Wyld
Sheila A. Huddleston
Morgan P. Rueckert
Derek L. Mogck
SHIPMAN & GOODWIN LLP
One Constitution Plaza
Hartford, Connecticut 06103
(860) 251-5000

March 22, 2005