UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ACUMENTRICS CORPORATION,<br>      Plaintiff<br><br>v.<br><br>CONNECTICUT INNOVATIONS,<br>INCORPORATED, CONNECTICUT<br>DEVELOPMENT AUTHORITY,<br>TOMASSO BROTHERS, INC.,<br>TUNXIS MANAGEMENT CO.,<br>ARTHUR DIETRICK, PETER ELLEF,<br>and WILLIAM TOMASSO,<br>      Defendants | C.A. No. 04-12432 WGY |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS CONNECTICUT INNOVATIONS, INCORPORATED AND CONNECTICUT DEVELOPMENT AUTHORITY**

Plaintiff Acumentrics Corporation ("Plaintiff"), pursuant to Fed. R. Civ. P. 41 (a)(1)(i), hereby voluntarily dismisses without prejudice defendants Connecticut Innovations, Incorporated ("CII") and Connecticut Development Authority ("CDA") from the above-captioned action. Plaintiff is entitled to voluntarily dismiss CII and CDA without prejudice because neither CII nor CDA have served upon Plaintiff an answer or motion for summary judgment in this matter. *Universidad Central Del Caribe, Inc. v. Liaison Committee on Medical Education,* 760 F.2d 14, 17 (1st Cir. 1985).

                                            Respectfully submitted,

                                            ACUMENTRICS CORPORATION
                                            By its attorneys,

                                              /s/ Christopher D. Engebretson
                                            Robert R. Pierce (BBO#549172)
                                            Christopher D. Engebretson (BBO#635636)
                                            Pierce & Mandell, P.C.
                                            11 Beacon Street
                                            Boston, MA 02108
                                            (617) 720-2444

April 1, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of April, 2005, I served the foregoing *Plaintiff's Notice of Voluntary Dismissal Without Prejudice of Defendants Connecticut Innovations, Incorporated and Connecticut Development Authority* on the below listed counsels of record by mail.

James C. Rehnquist (BBO#552602)
Rachel S. Spooner (BBO#643626)
GOODWIN PROCTER LLP
Exchange Place
Boston, Massachusetts 02109
(617) 570-1000

Robert L. Wyld
Sheila A. Huddleston
Morgan P. Rueckert
Derek L. Mogck
SHIPMAN & GOODWIN LLP
One Constitution Plaza
Hartford, Connecticut 06103
(860) 251-5000

       /s/ Christopher D. Engebretson
Christopher D. Engebretson