UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ACUMENTICS CORPORATION, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 04-12432 WGY |
| | : | |
| CONNECTICUT INNOVATIONS, INCORPORATED, CONNECTICUT DEVELOPMENT AUTHORITY, TOMASSO BROTHERS, INC., TUNXIS MANAGEMENT CO., ARTHUR DIETRICK, PETER ELLEF and WILLIAM TOMASSO, | : | |
|     Defendants. | : | |

**MOTION OF THE UNITED STATES
FOR LEAVE TO INTERVENE AND TO STAY DISCOVERY**

The United States of America hereby respectfully moves the Court for leave to intervene and for an order staying discovery in this case until completion of criminal proceedings in the United States District Court for the District of Connecticut arising out of a criminal indictment, United States v. Peter N. Ellef, et al., Crim. No. 3:04CR284(PCD) ("United States v. Ellef"). The United States' motion to intervene and to stay discovery in this proceeding is unopposed by the parties in this case.

The indictment in United States v. Ellef charges Peter N. Ellef ("Ellef"), William A. Tomasso ("Tomasso"), Tomasso Brothers, Inc. ("TBI"), Tunxis Management Co. ("Tunxis"), Peter N. Ellef II ("Ellef II"), and LF Design, LLC ("LF Design") with conspiring to violate the Racketeer Influence and Corrupt Organization statute ("RICO") and a substantive count of violating RICO, in violation of 18 U.S.C. §§ 1962(d) and 1962(c), respectively. In addition, the indictment charges each defendant with conspiring to violate 18 U.S.C. § 666 (Bribery in Programs Receiving Federal Funds) and violations of the mail and/or wire fraud statutes, 18

U.S.C. §§ 1341 and 1343.  Ellef, Tomasso and TBI are charged with attempted extortion and conspiring to commit extortion.  Ellef, Tomasso and Ellef II are charged with conspiracy to money launder in violation of Title 18 U.S.C. § 1956(h).  Ellef, Ellef II and LF Design are charged with conspiring to defraud the IRS.  (See Indictment, attached to the Complaint in this case as Exhibit A.)

     The complaint filed by Acumentrics Corporation focuses on much of the same conduct alleged in the federal indictment, primarily as alleged in Racketeering Act 6 of Count Two, Counts 9, 10 and 11 of the Indictment.  In support of this motion, the United States relies on the reasons set forth in the accompanying Memorandum of Law.

     Undersigned counsel has conferred with counsel for all parties to obtain their position on the motion.  Counsel for the plaintiff, Acumentrics Corporation, has represented that his client consents to the government's motion to intervene and to stay of discovery in this case and in ancillary arbitration proceedings between Acumentrics and defendants Connecticut Innovations, Incorporated ("CII") and Connecticut Development Authority ("CDA").  Counsel for defendants CII and CDA has represented that his clients have no objection to the government's motion to intervene and to stay discovery.  Counsel for defendants Ellef, TBI, Tunxis, Tomasso have all represented that their clients take no position on the government's motion.

     WHEREFORE, the United States respectfully requests that the court grant it leave to intervene in the above-captioned action and that it enter an order staying discovery in this case, and in any ancillary arbitration proceedings, pending completion of criminal proceedings in United States v. Ellef in the District of Connecticut.

Respectfully submitted,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY


NORA R. DANNEHY
SPECIAL ASSISTANT UNITED STATES ATTORNEY
450 Main Street, Rm. 328
Hartford, Connecticut 06103
nora.dannehy@usdoj.gov
Tel:   (860) 947-1101
Fax:   (860) 240-3291


ERIC J. GLOVER
SPECIAL ASSISTANT UNITED STATES ATTORNEY
157 Church Street
New Haven, Ct 06510
eric.glover@usdoj.gov
Tel:   (203) 821-3745
Fax:   (203) 773-5378

 /s/ Shelbey D. Wright
SHELBEY D. WRIGHT
ASSISTANT UNITED STATES ATTORNEY
United States Courthouse
Suite 9200
1 Courthouse Way
Boston, MA 02210
(617) 748-3100


Date:  April 29, 2005

CERTIFICATION OF SERVICE

       This is to certify that on April 29, 2005, the undersigned caused a true and correct copy of the foregoing to be sent by first class mail to:

Robert M. Disch, Esq.
SHEPPARD, MULLIN, RICHTER
     & HAMPTON, LLP
11th Fl. East, 1300 I Street NW
Washington, D.C. 20005-3314
(Counsel for William A. Tomasso, Tomasso Brothers, Inc., Tunxis Management Co.)

Hugh F. Keefe, Esq.
LYNCH, TRAUB, KEEFE & ERRANTE
P.O. Box 1612
52 Trumbull Street
New Haven, CT 06506-1612
(Accepting service for Peter N. Ellef)

Robert R. Pierce, Esq.
PIERCE & MANDELL, P.C.
11 Beacon Street
Boston, MA 02108
(Counsel for Acumentrics Corporation)

James C. Rehniquist, Esq.
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA 02109
(Counsel for Connecticut Innovations, Inc. and Connecticut Development Authority)

Robert L. Wyld, Esq.
SHIPMAN & GOODWIN LLP
One Constitution Plaza
Hartford, CT 06103
(Counsel for Connecticut Innovations, Inc., and Connecticut Development Authority)

        /s/ Eric J. Glover (by SDW)
        ERIC J. GLOVER
        SPECIAL ASSISTANT UNITED STATES ATTORNEY