UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ACUMENTRICS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>CONNECTICUT INNOVATIONS, INC., et al.,<br><br>Defendants. | C.A. No. 04-12432 WGY |

**JOINT MOTION OF THE PARTIES FOR AN ORDER
CANCELLING THE MAY 9, 2005 SCHEDULING CONFERENCE**

Plaintiff Acumentrics Corporation, defendants Tomasso Brothers, Inc., Tunxis Management Co., and William Tomasso, and Peter Ellef, pro se, hereby move for an Order cancelling the May 9, 2005 scheduling conference and, as grounds for this motion, state as follows:

(1)   The movants are the only parties in the case who have appeared or been served and remain in this civil action.

(2)   On April 29, 2005, the United States Attorneys Office for the District of Connecticut filed an assented to motion to stay this case pending resolution of related criminal proceedings pending against the movant/defendants in the United States District Court for the District of Connecticut.

(3)   All movants, including plaintiff, agree that the U.S. Attorneys Office motion to stay should be granted, and that the scheduled May 9, 2005 scheduling conference would be an inefficient use of the time and resources of the Court and the parties in light of the pending assented to motion for a stay.

-2-

## CONCLUSION

The movants jointly and respectfully request that the Court grant their joint motion for an Order canceling the May 9, 2005 scheduling conference.

                                            Respectfully submitted,

| | |
|---|---|
| TOMASSO BROTHERS, INC., <br> TUNXIS MANAGEMENT CO., <br> and WILLIAM A. TOMASSO <br> BY THEIR ATTORNEYS | ACUMENTRICS CORPORATION <br> By its attorneys, |
| |     /s/ Christopher D. Engebretson |
| John R. Fornaciari, BBO #175040 <br> Sheppard Mullin Richter & Hampton, LLP <br> 1300 I Street, N.W., 11th Floor East <br> Washington, D.C. 20005 <br> 202-218-0009 (phone) <br> 202-218-0020 (fax) | Robert R. Pierce (BBO#549172) <br> Christopher D. Engebretson (BBO#635636) <br> Pierce & Mandell, P.C. <br> 11 Beacon Street <br> Boston, MA  02108 <br> (617) 720-2444 |
| Counsel for Defendants | |

Peter N. Ellef, Sr., *pro se*
414 Lovely Street
Avon, CT 06001

Date:   April 27, 2005

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Joint Motion of Parties For an Order Canceling the May 9, 2005 Scheduling Conference was served by means of the ECF System upon the following:

John R. Fornaciari, Esq.
Sheppard Mullin Richter & Hampton, LLP
1300 I Strett, N.W., 11th Floor East
Washington, D.C. 20005

      /s/ Christopher D. Engebretson
      Christopher D. Engebretson